AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ERNESTO MANJARES,<br>*Plaintiff*<br>v.<br><br>TASER INTERNATIONAL SCOTTSDALE, AZ<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.  1:14-CV-3111-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Plaintiff's commencement of the captioned action represents an improper attempt to circumvent the court's orders in CV-12-3086-LRS. Therefore, the captioned action, like the previous action, is DISMISSED.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision was reached.

❒  decided by Judge _____ on a motion for

Date:  November 5, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia